No. 81–6107. HUFF *v.* BORDENKIRCHER, SUPERINTEND-ENT, KENTUCKY STATE PENITENTIARY. C. A. 6th Cir. Certiorari denied.

No. 81–6108. SIMPSON *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 81–6111. VENERI *v.* CIRCUIT COURT OF GASCONADE COUNTY ET AL. C. A. 8th Cir. Certiorari denied.

No. 81–6114. BARBER *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 81–6118. NORDSTROM *v.* WALT DISNEY PRODUC-TIONS, INC. C. A. 10th Cir. Certiorari denied.

No. 81–6119. JAFFER *v.* NUCLEAR REGULATORY COM-MISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–6120. BEHLIN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 81–6122. AUSTIN *v.* OSBORNE ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–6124. TYLER *v.* WOODSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 81–6127. JOHNSON *v.* BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 81–6132. HAMILTON *v.* MAYS ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–6134. HAMPTON *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–6136. GRIM ET AL. *v.* OHIO. Ct. App. Ohio, Champaign County. Certiorari denied.